GARY A. PRAGLIN (SBN 101256)
gpraglin@cpmlegal.com
KELLY W. WEIL (SBN 291398)
kweil@cpmlegal.com
HANNAH K. BROWN (SBN 337592)
hbrown@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
2716 Ocean Park Blvd., Suite 3088
Santa Monica, CA 90405
Tel.: (310) 392-2008
Fax: (310) 392-0111

ALEXANDER M. SCHACK (SBN 99126)
alexschack@schacklawgroup.com
NATASHA N. SERINO (SBN 284711)
natashaserino@schacklawgroup.com
SHANNON F. NOCON (SBN 316523)
shannonnocon@schacklawgroup.com
**SCHACK LAW GROUP**
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Tel.: (858) 485-6535
Fax: (858) 485-0608

GREGORY J. HOUT (SBN 135746)
ghout@houtlaw.com
**LAW OFFICES OF GREGORY J. HOUT**
12396 World Trade Drive Suite 206
San Diego, CA 92128
Tel.: (858) 946-6658
Fax: (858) 946-6659

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NURSERY PRODUCTS LITIGATION<br><br>This Document Relates To: All Actions | Lead Case No. 5:22-cv-01866-FLA-KKx<br><br>**STIPULATION ALLOWING PLAINTIFFS TO FILE AMENDED COMPLAINT** |

**STIPULATION ALLOWING PLAINTIFFS TO FILE AMENDED COMPLAINT
IN RE NURSERY PRODUCTS LITIGATION;
LEAD CASE NO. 5:22-cv-01866-FLA-KKx**

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

1   Pursuant to Federal Rule of Civil Procedure 15(a)(2), Local Rule 15-1, and the Court's Order on Joint Stipulation and Briefing Schedule (ECF No. 34), Plaintiffs together with Defendants The Goldman Sachs Group, Inc., Synagro Technologies, Inc., Synagro-WWT, Inc., and Nursery Products, LLC (collectively, the "Parties") respectfully file this Stipulation Allowing Plaintiffs to File Amended Complaint.

WHEREAS, the Court's Order on Joint Stipulation and Briefing Schedule requires that "Plaintiffs in all cases shall file a single amended complaint by December 8, 2023."

WHEREAS, in furtherance of the Court's Order and pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants consent to Plaintiffs filing a single amended complaint, which is attached hereto.

NOW THEREFORE, the Parties hereby stipulate and agree, by and through their counsel of record, that:

1. Plaintiffs may file the single amended complaint attached hereto, which shall become the operative pleading in these actions.

2. Defendants reserve all rights with respect to the attached amended complaint and reserve the right to object to any further amended complaints. By entering into this stipulation, Defendants do not admit to any allegations in the amended complaint, waive any defenses to the same, or waive any argument that the amended complaint, or any preceding or subsequent complaint, should have been or should be dismissed without leave to amend.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

STIPULATION ALLOWING PLAINTIFFS TO FILE AMENDED COMPLAINT IN RE NURSERY PRODUCTS LITIGATION;
LEAD CASE NO. 5:23-cv-01866-FLA-KKx                1

| | | |
|---|---|---|
| 1 | Dated: December 8, 2023 | **COTCHETT, PITRE & McCARTHY, LLP** |
| 2 | | |
| 3 | | By:  /s/ Hannah K. Brown |
| 4 | | GARY A. PRAGLIN |
| | | KELLY W. WEIL |
| 5 | | HANNAH K. BROWN |
| 6 | | *Attorneys for Plaintiffs* |
| 7 | Dated: December 8, 2023 | **SCHACK LAW GROUP** |
| 8 | | |
| 9 | | By:  /s/ Natasha N. Serino |
| 10 | | ALEXANDER M. SCHACK |
| | | NATASHA N. SERINO |
| 11 | | SHANNON F. NOCON |
| 12 | | *Attorneys for Plaintiffs* |
| 13 | Dated: December 8, 2023 | **LAW OFFICES OF GREGORY J. HOUT** |
| 14 | | |
| 15 | | By:  /s/ Gregory J. Hout |
| | | GREGORY J. HOUT |
| 16 | | *Attorney for Plaintiffs* |
| 17 | Dated: December 8, 2023 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 18 | | |
| 19 | | By:  /s/ Amari L. Hammonds |
| | | WILLIAM W. OXLEY |
| 20 | | MEGHAN ROHLING KELLY |
| 21 | | DARRELL S. CAFASSO |
| 22 | | AMARI L. HAMMONDS |
| | | *Attorneys for Defendant The Goldman Sachs Group, Inc.* |
| 23 | | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

LAW OFFICES COTCHETT, PITRE & McCARTHY, LLP

STIPULATION ALLOWING PLAINTIFFS TO FILE AMENDED COMPLAINT IN RE NURSERY PRODUCTS LITIGATION;
LEAD CASE NO. 5:23-cv-01866-FLA-KKx

2

| | |
|---|---|
| Dated: December 8, 2023 | **GORDON REES SCULLY MANSUKHANI LLP** |
| | By: */s/ Christopher T. Johnson*<br>BRIAN M. LEDGER<br>CHRISTOPHER T. JOHNSON<br>*Attorneys for Defendant Synagro Technologies, Inc., Synagro-WWT, Inc., and Nursery Products, LLC* |

LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP

**STIPULATION ALLOWING PLAINTIFFS TO FILE AMENDED COMPLAINT IN RE NURSERY PRODUCTS LITIGATION;
LEAD CASE NO. 5:23-cv-01866-FLA-KKx**

3

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Hannah K. Brown, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 8, 2023                    */s/ Hannah K. Brown*
                                                                    Hannah K. Brown

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

STIPULATION ALLOWING PLAINTIFFS TO FILE AMENDED COMPLAINT
IN RE NURSERY PRODUCTS LITIGATION;
LEAD CASE NO. 5:23-cv-01866-FLA-KKx

4