UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-01866-FLA-SHK | Date: | January 24, 2024 |
| Title: | Catherine A. Blevins, et al. v. Synagro Technologies, Inc., et al. | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):

None Present      None Present

**Proceedings (IN CHAMBERS):**    ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR REPEATED VIOLATIONS OF THE LOCAL AND FEDERAL RULES OF CIVIL PROCEDURE

    On December 8th through the 13th, 2023, the Court received numerous Petitions for Appointment of Guardian ad Litem ("Petitions") for multiple minor plaintiffs ("Plaintiffs"). See Electronic Case Filing Numbers ("ECF Nos.") 37-166, 168-97, 203, Petitions. On December 8th and 11th, 2023, the Court issued Notices of Filer Deficiencies ("NODs") regarding the Petitions for Plaintiffs' failure to comply with the Local Civil Rules of the United States District Court for the Central District of California ("Local Rules" or "L.R.s"). ECF Nos. 167, 200, NODs. Specifically, Plaintiffs failed to submit proposed orders and to include formal title pages with their Petitions. Id. Consequently, on December 18, 2023, the Petitions were stricken ("Strike Order"). ECF No. 204, Strike Order. The Court also sealed numerous Petitions because the Petitions contained the names and, in some cases, what appears to be the addresses of minors, in violation of Federal Rule of Civil Procedure ("Rule" or "Federal Rule") 5.2(a)(3). See Fed. R. Civ. P. 5.2(a)(3) ("Unless the Court orders otherwise, in an electronic or paper filing with the court that contains . . . the name of an individual known to be a minor, . . . a party or nonparty making the filing may include only[] . . . the minor's initials").

    On January 12, 2024, a staff member at Schack Law Group emailed SHK_Chambers@cacd.uscourts.gov a proposed order for a new Petition ("First New Petition") that was filed the same day. ECF No. 205, First New Petition. The Clerk replied to the staff member the same day to advise that filings made to the Court must comply with the Local and

Federal Rules, including Rule 5.2, and that the documents filed with the Court did not comply with Rule 5.2 because they contained the minors' names.

On January 17, 2024, Plaintiffs filed additional new Petitions ("Additional New Petitions") that again contained the names, and what appears to be the addresses, of minors in further violation of Rule 5.2 (a)(3).  ECF Nos. 206-18, Additional New Petitions.  This has resulted in the Court's clerk staff having to again take time to seal each Additional New Petition.

Plaintiffs have continually violated the Local and Federal Rules in a significant number of Plaintiffs' filings, resulting in the expenditure of a significant amount of judicial resources to seal the filings.  Therefore, Plaintiffs are ordered to show cause by **February 6, 2024**, why sanctions should not be imposed for repeatedly violating the Local and Federal Rules despite previous notification from the Court regarding compliance with the Rules.  Plaintiffs are cautioned that failure to timely respond to this Order and/or repeated violation of the Federal and Local Rules regarding the protection of personally identifying information of minors **<u>will</u>** result in a recommendation that sanctions be imposed.

**IT IS SO ORDERED.**