NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Alexander M. Schack
Natasha N. Serino
Shannon F. Nocon
Schack Law Group
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone No.: (858) 485-6535

ATTORNEY(S) FOR: Plaintiffs Catherine A. Blevins et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Catherine A. Blevins, et al., | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 5:22-CV-01866-FLA-KKx |
| v. | |
| Synagro Technologies, Inc., et al., | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Plaintiffs___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiffs (see Appendix) | Plaintiffs |
| Plaintiffs' counsel of record | Counsel |
| Nursery Products, LLP; Synagro Technologies, Inc,; Synagro WWT, Inc.; The Goldman Sachs Group Inc. | Defendants |
| Counsel of record for Nursery Products, LLC; Synagro Technologies, Inc.; Synagro WWT, Inc. | Counsel |
| Counsel of record for The Goldman Sachs Group, Inc. | Counsel |

January 29, 2024                         /s/ Natasha Serino
Date                                              Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Catherine A. Blevins et al.

# APPENDIX –
# Full List of Plaintiffs

Detrick Lashawn Adams; James Edward Adams Jr.; Patricia Adams; Emily Guadalupe Aguilar; Juan Jesus Aguilar; Sonja Aguilar; Corey Allen Aldridge; Bradley Allen; Reef Charlotte Allen; Lloyd Charles Alvarez; Crystal Anderson , individually and as guardian ad litem for A.A., A.A., L.A., D.A., and R.A.; Bryant Anderson; Carol Jean Archey; Charlotte Armstrong; Constance Faith Aviles; Daniel Aviles; Diego Aviles; Ezra Isaac Aviles; Kaytlynn Brane Aviles; Marcelino Paul Aviles; Vincent Miguel Aviles; Aliyah Baca; Theodore Badmi; Cornelius Bailey; Lauren Michelle Bains; Shazada Naunihal Singh Bains; Brenda Lynn Banks; Claudia Lynn Banks; Daron Shane Banks; George Robert Banks; A.B.B., a minor by and through her Guardian Ad Litem,
Christine Holmeyer; Kelly Michael Barnes; Vanessa Barnes; Joanna A. Barries; Heather Barro, individually and as guardian ad litem for B.H. and A.H.; Joseph Barro; Annica Jayann Beardshear; Donald Wayne Beardshear; Melissa Beattie; Luna Benavidez; Sebastian Benavidez; Kelly Blackwell; Jonathan Blake, individually and as guardian ad litem for R.B., J.B., and S.B.; Joseph Blake; Nicolette Blake , individually and as guardian ad litem for F.S., I.S., and N.C.; Rebekah Blake; Catherine A. Blevins; Loretta Annette Blevins; Michele Blundell; Catherine Bogart, individually and as guardian ad litem for A.B., A.B., and C.B.; Nicholas Bogart; Brandy Bohaty; Cherish Bohaty; Ethan Bohaty; Jacob Bordier; Cody Boswell; Claude Stuart Brackeen; Ben Brady; Eric Brand; Mishelle Brand; Nathan Brand; Patricia Brand; Rodney A. Brand Sr.; Teresa Anne Brand; Don Lee Brown; Lynette Brown; Patricia Ann Brown; Shawn Brown; Erica Brummett, individually and as guardian ad litem for J.F., D.F., and C.A.; Barbara Bryson; Kimberly Buchanan; Dedra Burgess, individually and as guardian ad litem for N.B.; Eunice Erna Burks; Beretta Zetta Burns; Elizabeth Ann Burns; Gladys Morine Burns; Helena Norine Burns; Keeth Bennett Burns; Stephanie N. Burns; Melodee Buroff; Steven Buroff; Barbara Bustamante, individually and as guardian ad litem for Z.B.; Jozsef Bustamante; Leo Bustamante; Niklos Bustamante; Mercedes Butler, individually and as guardian ad litem for A.E., X.E., and Z.E.; Kimberly Michelle Candelas; Leonard Caples; Saundra Caples; Imani Carr-Damu; Alice M. Carrigan; Theresa Carter; Margarita Lucina Castaneda, individually and as guardian ad litem for C.D.O.; Linda Castongia, individually and as guardian ad litem for A.W. and M.W.; Leah Cazarez; Guadalupe Ceja; Isabell Ceja; Jose Ceja Jr., individually and as guardian ad litem for J.C.; Judy Ceja; Jorge Cervantes; Anthony Chambliss; Amber Chavez , individually and as guardian ad litem for A.C.W.; Elizabeth Chavez; Eugene (Gene) Chavira;

; Karen Chavira , individually and as guardian ad litem for A.C.; Mark Anthony Chavira Jr., individually and as guardian ad litem for J.M.C. and L.E.C.; A.C., a minor by and through her Guardian Ad Litem, Karen Chavira; Richard Martin Chavira Sr.; Richard Martin Chavira Jr.; Roberta Chavira-Walker; Daniel Chuy; Chad Clark; Jessica Clark , AKA Jessica Clark Carmona, individually and as guardian ad litem for A.L.C., A.M., B.M., and P.M.; Pamela Clark; Samantha Coffee; Leonard F. Contreras; Michael Contreras; Sonia Leslie Contreras; Virginia M. Contreras; Jamie Copeland; Anthony Joseph Cordova; Kenneth Azul Cordova; Lucille Cordova; Marceline Ivy Cordova; Raul Coronado Cancino; Jose Coronado Meza; Tina Cortez; Jennifer Dalhover Silva; Karen Kay Daniels; Samuel Lee Daniels; Sheila Davidson; Adam Davila; Veronica Davila; Shawn Davis; Debbie Dazzi, individually and as guardian ad litem for B.D.T.; Gilbert Deaton; Jack Deaton Jr.; Terry Deaton; Shelly Deckard , individually and as guardian ad litem for A.D. and M.D.; A.D., a minor by and through her Guardian Ad Litem, Ruby Ann Umali; Jae-Ann DeJager; Jason DeJager; Jackie Del Trujillo; Nila Delaney; Justine Dellavecchia; Karen Delzell- Hare, individually and as guardian ad litem for Z.H. and L.H.; Michelle L. Dempsey; Angela Densmore, AKA Angela Carter, individually and as guardian ad litem for N.N., B.D., C.D., and A.D.;Travis Densmore; Desire Dewey; Herbert Dingman; Brianne Divine, individually and as guardian ad litem for R.L. and R.L.; Amber Christine Dodd; Mercedes Dominguez; David H. Donaghe; Marlana Donaldson; Aria Downing; Cindy Sue Downing; E.J.D., a minor by and through her Guardian Ad Litem, Kathleen Eaton; Michael Arthur Doyle; Miliana Dube; Samantha Dunton, individually and as guardian ad litem for A.R., J.R., J.R. and Z.R.; Zachery Dunton; Olivia Duran; Paul Duranl; Corra Lee Eichenberger; Teresa Mae Eichenberger; E.R.E., a minor by and through her Guardian Ad Litem, Jenae
Elkins; Jenae Elkins, individually and as guardian ad litem for E.R.E., G.J.E., and T.G.E.; Wendy Esquivel , individually and as guardian ad litem for J.E., O.A.E., M.E.E., and A.G.E.; April Evans; Mariah Evans; Patricia Evans A.; Zack Evans; Todd Faber; Destinii Farago; Andrea Figueroa M.; Michael Andrew Fletcher; Amanda Flores , individually and as guardian ad litem for A.F., E.F., M.F., and M.F.; Angel V Flores; Gary V Flores; Isreal Flores; Janell Shannon Flores; Jose Varela Flores; Maritza Flores; Patricia Flores; Patrick Adam Flores; Paul P. Flores; Shirley Ann Flores; Trisha Acenita Flores; Zachariah Angel Brent Flores; Hilario Flores, individually and as guardian ad litem for S.F.; America Flores Jimenez, individually and as guardian ad litem for M.B., A.J.R., and R.J.F.; Crystal Flores-Kane; Ashley Katrina Flores-Radtke; Faith Fonner; Wendy Foor; Samantha Forbito; Alicia Fox, individually and as guardian ad litem for C.C. and K.C.; Deborah Fox; Sharon Fox; Mark Kendal Franey; Ian Frazier; A.F.F., a minor by and through her Guardian Ad Litem, Nicole Allison Federick; G.L.F., a minor by

and through her Guardian Ad Litem, Nicole Allison Federick; Shane William Frederick; C.R.F. , a minor by and through her Guardian Ad Litem, Lisa Fritz; David R. Fritz; J.A.F., a minor by and through her Guardian Ad Litem, Lisa Fritz; Ronald Fry; Trina Fry , individually and as guardian ad litem for K.F. and L.F.; Deanna Fuller; Charles Gallegos; Ruth Gallegos; Ana Garcia; Esequiel Garcia; Maria Garcia; Ramiro Thomas Garcia; Raymon Garcia; Yolanda Garcia; Araceli Nancy Garcia Mendoza; Guadualupe Garcia Mendoza; Ramiro Garcia Mendoza; Christopher Gardner; Autum Garvey; Martin Garza; Anthony Generette; Antonio Generette; Stephanie Generette; Jeff Gerhart; L.G., a minor by and through her Guardian Ad Litem, Whitney Nason; Louis Gewirtz; L.G., a minor by and through her Guardian Ad Litem, Whitney Nason; Randy Gilworth; Mellennie Gonzalez , individually and as guardian ad litem for I.V., J.V., and O.G.; Sergio Gort; Tara Gort, individually and as guardian ad litem for L.G., M.G., K.G., P.G., and M.G.; David Griego; Millie Grill; Nicholas Grill; Adrian Gabriel Guerrero; Joseph Guerrero; Stephanie John Guerrero; Peighton R. Guy; Marlene Guy Donaghe; Margaret Hall; Cameo Hallmark; Tifini Hallmark; Norman Halstead; Thomas Hare; Alma Haro; Miguel Haro; Urivan Haro; Victoria Payne Harper; Delfina Harrell; Belinda J. Harris; Mandolyn Hart; Mandy Hart-Beardshear; Galen Hartman; Dennis Robert Hemingway; Kathleen Jean Hemingway; Amber Henderson, individually and as guardian ad litem for A.B.; Jacqueline Henderson; Alexandra Hendley; Linda Madge Hensley; Paul Edward Hensley; Anjelica Hernandez; Cristobal Hernandez; Daniel Hernandez Jr.; Daniel Hernandez Sr.; Elise Hernandez; Esperanza Hernandez; Marilyn Yvette Hernandez; Mateo Hernandez; Sofia Bella Hernandez; Anaya Herrera; Janice Lee Herrick; Courtney Ann Lewis Hewitt; Geoffrey Lloyd Hewitt; Frank Hilarides; Tiffany Hilarides , individually and as guardian ad litem for A.H., J.H. and X.S.; James Hood; Brianna Hoody; Brooklyn Hoody; Isaiah Howard; Tabitha Howard; Michael Hughes; Mirinda Hughes , individually and as guardian ad litem for C.H. and A.H.; Korbin Hunt; Madison Hyde; Brandi Chari Iden; Edward Ernest Iden Jr.; Dorothy Ann Jackson; Erica Jackson; Johnny Jackson; Clinton James; Abelardo Jaramillo Jr., individually and as guardian ad litem for A.J. and B.J. Hannah Jarnagin; Revis Jarnagin Sr.; Susan Jarozewski; Robert Jarvis; Vanessa M. Jarvis , individually and as guardian ad litem for A.J., J.J. and J.J.; Kelly L. Jeffrey; Alize Jenkins; Americo Jimenez; Axel Ruvalcaba Jimenez; Leonel Jimenez; Lidia Jimenez; Rosa Jimenez, individually and as guardian ad litem for J.J., J.A.J., R.J., and J.J.; Xicotencalt Jimenez; Brandon Johnson; Geneva Johnson; Mary Johnson , individually and as guardian ad litem for R.N.; Mason Johnson; Chad Christopher Jones; Cynthia M. Jones-Howard; Edward Jordan; Madisyn Kane; Allen Scott Kane Jr.; Victor Pattison Keaton; Aniko Kegyulics; Frederick Kegyulics; Walter Kegyulics; Kgosi Thabang Kesiilwe; David Troy Korner; Jesse Herbert Lloyd

Korner; Robert Kurth; Robert Lee Kurth; Jessie Lara; Juanita Lara; Macario Lara ; Victoria Lara; Brent Lautzenheiser; Janelle Lazos; Ronnie Lehman; David Leimbach; Mandi Leimbach , AKA Mandi Alvarado; Wayne Lewis; Tammy Light; William Light; Mark Anthony Lizarraga; Thomas Long; Anthony Lopez; Louisa Lopez; Robert Lopez; Sobeida Lopez Flores , individually and as guardian ad litem for E.S.H. and J.L.; Tina Loustaunau; Amanda Lowe; Peggie Loyd; Breanna Lucero; Jennifer Lucero; Kylee Lucero; Lawrence Lucero; Brayan Luna; Janet Luna, individually and as guardian ad litem for J.C. and V.C.; Julie Luna; Leonel Luna; Manuel Luna; Manuel Luna Jr., individually and as guardian ad litem for R.L.; Saleta A. Luna-Bordier; Misty Luse, individually and as guardian ad litem for A.S. and A.S.; Robert Luse; Sean E. MacDonald; Monica Madrid, individually and as guardian ad litem for A.S., S.J.S., and M.F.S.; Jose Enrique Magana; Maria Utimia Marquez; James Martin Jr.; Loveta Martin, individually and as guardian ad litem for S.P.; Sandra Martin; Alexis Martinez; Erik Martinez , individually and as guardian ad litem for E.M., E.M. and P.M.; Ines Martinez; Martin Martinez; Sylvia Martinez; Dariana Martinez Garcia; Mario Mata; Brant McGinnis; Tammi McGinnis; Dominic Xavier McLing; Tasheena McSwain, individually and as guardian ad litem for M.M., M.S., and M.S.; Tamara L.A. Meinzer – Dingman; Dylan Merchant; Angelina Mesa; Lorraine Mesa; Trudi Miller; Florine Charlotte Miller-Wetterman; Dennis Mitchell Jr., individually and as guardian ad litem for Eily Mea Mitchell; E.M.M., a minor by and through her Guardian Ad Litem, Dennis Jr. Mitchell; Daniel Mondragon; Allen Monk; Fredrick Monk; Richard Monk; Rena Marie Montano; Robert Silva Montano; Alice Ricker Montecino; Lynn Morris; Marlon Morris; Cynthia G. Morrow; Kevin Morrow; Steven Morton, individually and as guardian ad litem for L.M.; Shan Mulligan, individually, and as husband and administrator of the Estate of Laura Manzo; Tammy Nabours; Tammy Nason; Whitney Ann Nason, individually and as guardian ad litem for LG. and L.G.; Daniela Natale; John Natale; Mohammad Ibrahim Nazeeri; Denise R. Neish; Angelina Umali Nelkin; Dolores Nelson; Jacqueline Ann Nelson; LeRoy Frederick Nelson; R.N., a minor by and through her Guardian Ad Litem, Mary Johnson; Veronica Jo Nelson; Benjamin Eric Newton; Michael Nolan; M.L.N., a minor by and through her Guardian Ad Litem, Alex Breann Raster; W.E.M.N., a minor by and through her Guardian Ad Litem, Alex Breann Raster; Sharon Norton; Alejandro Olivarez; Anthony Mio Orcino; D.C.O., a minor by and through her Guardian Ad Litem, Margarita Lucina Castaneda; Ramona Ortez; Velsy Ortiz; Nathan Ortiz Enriquez; Robin Overtion; Carlos Ozuna; Helen Ozuna; Diane Pacheco; Rocio Paez; Aeries Julian Perez; Claudia Perez; Paul Perez; Rio Perez; Rudy Jose Perez Jr.; Jacqueline Perry, individually and as guardian ad litem for A.S. and Z.P.; Melissa Faye Perry; Lynnzey Peterson; Nathan Peterson; Barbara A. Pitts; Loren Pitts; Tabitha Ann

Pitts; Mario Plascencia; Phillip Plotkin; Daniel Wayne Powell; Rhonda Kay Powell; Richard Wayne Powell; Sherril Jean Powell; Bryan Douglas Powers; Keith Powers; Tiffany Powers, individually and as guardian ad litem for J.W., O.W., Z.P., and R.P.; Charles Press; Lena Irene Purcell; Paulette Purdy; Thomas Purdy; Sandra Quinton; David Leo Radtke; Delanie Margaret Radtke; Luca Matthew Radtke; Oscar H. Raedel; Ronda Rainwater; Abel Ramirez; Angela Ramirez, individually and as guardian ad litem for I.R., Z.R., A.R., and S.R.; Corey Ramirez; Ruben Ramirez; Seferina Ramirez; Victor Ramirez Galvan; Alex Breann Raster , individually and as guardian ad litem for M.L.N. and W.E.M.N.; Barbara Katherine Ray; Pamela Reeck; Georgina Reynoso; Akil Thabiti Richmond; Lucille Riddle, individually and as trustee of The Riddle Family Trust Dated March 30, 1997; Linda Faye Rigby; Amanda Rivera , individually and as guardian ad litem for L.R., J.S., and E.S.; Arnold Steven Roberts; Precious Rodrigo; Robert Richard Rodrigo III; Abdon G. Rodriguez Jr.; Abdon E. Rodriguez; Brenda Lynne Rodriguez; Magdalena Rodriguez; Mariah G. Rodriguez; Marisol Loriana Rodriguez; Santiago Israel Rodriguez; Jesse Rodriguez Jr.; Rosanna Rodriguez; Marilyn Rogers, individually and as guardian ad litem for B.Z.R., S.Z.R., A.Z.R., C.Z.R., E.Z.R., and T.Z.R.; Robert Rohn; Shannon Rohn; Samantha Rolon, individually and as guardian ad litem for J.B. and M.B.; Neesa Roman; Jose Romero; Lilia Romero; Daniel Shawn Roybal; Paul Ryken; Wendy Sacay; Ruben Robert Saiz; Veronica Saiz; Joseph Salazar; Nicolette Salazar, individually and as guardian ad litem for A.S.; Earvin Salecido; Brittany Sanchez, individually and as guardian ad litem for G.F. and I.F.; Ilean Sanchez; Martin Sanchez; Anissa Santos, individually and as guardian ad litem for J.S., K.S., and T.S.; Christopher Santos; Jalynn Alissa Santos; J.S., a minor by and through her Guardian Ad Litem, Anissa Santos; Jeremy Andrew Santos; Joaquin A. Santos; John Anthony Santos; Karen Santos; K.S., a minor by and through her Guardian Ad Litem, Anissa Santos; Shawna Lynne Santos T.S., a minor by and through her Guardian Ad Litem, Anissa Santos; William Anthony Saraiva; John William Saum Jr.; Melanie Foote Saum; Brenda Karen Schoonover; Ronald Dean Schoonover; Thomas Carl Sellers; Shaunna Jean Serafin, individually and as Guardian ad litem for D.S. and P.G.S.; Jamie Ramoni Shannon; Thomas Eugene Shannon; Natalie Shoemaker, individually and as guardian ad litem for L.R., C.R., R.M., and R.M.; Andrew Silva; Riccko Erminio Marsiano Silva Jr.; Kabreka Sheniece Simmons, individually and as guardian ad litem for M.J.S.; Mikayla Colleen Marie Simpkins; Brittany Elizabeth Simpson; Geraldine (Geri) Elizabeth Simpson; Richard Glen Simpson; M.J.S., a minor by and through her Guardian Ad Litem, Kabreka Sheniece Simmons; Christie Marie Smith; Curtis Joel Smith; Stephanie Smith; Maria Teresa Solis, individually and as guardian ad litem for K.V.S. and K.A.S.; David Alonso Solis Sr.; David Alonso Solis-Lopez Jr.; Lisa R. Sollars; Joshua

Song; X.S., a minor by and through her Guardian Ad Litem, Tiffany Hilarides; Roger Stage; Christian Stapley; Karen Stapley; Constance "Connie" Elizabeth Stender; David Stender; Linda Stender; Brandon Stephenson; Christopher Antwain Steward; Teresa Steward; Charles Stines; Beverly Stoops; Mardell Stovall; Terrence Preston Stovall; William Stovall; A.S., a minor by and through her Guardian Ad Litem, Monica Madrid; Cameron Sturnacle; M.F.S., a minor by and through her Guardian Ad Litem, Monica Madrid; S.J.S., a minor by and through her Guardian Ad Litem, Monica Madrid; Thomas Lorin Sturncale; Ashley Suarez , individually and as guardian ad litem for I.L., M.L., and A.L.; Britney Swenson, individually and as guardian ad litem for Micah Crigler, and Orion Crigler; Savanna Tafoya; Marsha Tate; B.T., a minor by and through her Guardian Ad Litem, Alexandria Thomas; Justin Trexler; Ezekiel Tripp; Jerry Tripp; Felicia Trujillo; Macario Trujillo IV; Evelyn Faye Turner; Moises Martinez Ulloa; Ruby Ann B. Umali , individually and as guardian ad litem for A.D.; Candace Marie Urban-Mcling; Anthony Vallejos; Gloria J. Vallejos; Mariah T. Valverde; James Vargas; David Vincent Velasquez; Evette Marie Velasquez; Gredan Vincent Velasquez; Jenny Ellen Velasquez; Leah Rae Velasquez; Lydia Deanna Velasquez; Mia Rose Velasquez; Bernadette Ann Velasquez; David E. Vickers; Brandy Victory; Sandra Viramontes; Bryan Eugene Waggener; Gregory Jay Walker; Aiden Walker-Banks; Reanna Maria Walker-Banks; Angela Lynn Weddle; Steven White; Onyx Wight; Andrea Williams; Daniel Williams; Daniel Shane Williams; John Williams; Naydean Williams; Terry Lynn Williams; Lillie Williamson; William Wood; Michael Woodruff; Richelle Woodruff; Russell Woodruff; Garrett Woods; Mica Woods, individually and as guardian ad litem for S.W.; Antonette Woolridge; Clifford Woolridge Jr.; K.W., a minor by and through her Guardian Ad Litem, Clifford Woolridge III; Teresita (Teresa) Woolridge; Karl Yanaga; Marc Yslas; Lorena Zamora; Karen Marlene Zelasney