1  Gary A. Praglin, Esq. (SBN 10125)
   gpraglin@cpmlegal.com
2  Kelly W. Weil, Esq. (SBN 291398)
   kweil@cpmlegal.com
3  Hannah K. Brown, Esq. (SBN 337592)
   hbrown@cpmlegal.com
4  COTCHETT, PITRE & MCCARTHY, LLP
5  2716 Ocean Park Blvd., Suite 3088
   Santa Monica, CA 90405
6  Tel: (310) 392-2008
   Fax: (310) 392-0111
7
8
9  Alexander M. Schack, Esq. (SBN 99126)        Gregory J. Hout, Esq. (SBN 135746)
   alexschack@schacklawgroup.com                 ghout@houtlaw.com
10 Natasha N. Serino, Esq., (SBN 284711)         LAW OFFICES OF GREGORY J.
   natashaserino@schacklawgroup.com              HOUT
11 Shannon F. Nocon, Esq., (SBN 316523)          12396 World Trade Drive, Suite 206
   shannonnocon@schacklawgroup.com               San Diego, CA 92128
12 Jordan L. Kellogg, Esq. (SBN 347421)          Tel: (858) 946-6658
   jordan@schacklawgroup.com                     Fax: (858) 946-6659
13 SCHACK LAW GROUP
14 16870 West Bernardo Drive, Suite 400
   San Diego, CA  92127
15 Tel: (858) 485-6535
   Fax: (858) 485-0608
16

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE NURSERY PRODUCTS LITIGATION | CASE NO.: 5:22-cv-01866-FLA-SHK |
|---|---|
| This Document Relates To: All Actions | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41** |

1

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41;
LEAD CASE NO. 5:22-cv-01866-FLA-SHK**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their respective counsel in the above-captioned action entitled *In Re Nursery Products Litigation*, hereby **DISMISS *WITHOUT* PREJUDICE** the consolidated actions (Nos: 5:22-cv-01866, 5:23-cv-00512, and 5:23-cv-02120) as to Defendant The Goldman Sachs Group, Inc. (hereinafter "Goldman Sachs") **only**, notwithstanding Plaintiffs' claims against the additional Defendants in this action which are currently pending within this Court. Goldman Sachs agrees to waive any fees and costs incurred in exchange for this dismissal.

By filing this notice, the undersigned counsel certifies that no answer or motion for summary judgment has previously been served in response to all Plaintiffs' complaints to which this notice applies.

Dated: February 13, 2024          SCHACK LAW GROUP

/s/ Jordan L. Kellogg
Alexander M. Schack, Esq.
Natasha N. Serino, Esq.
Shannon F. Nocon, Esq.
Jordan L. Kellogg, Esq.
*Attorneys for Plaintiffs*

Dated: February 13, 2024          COTCHETT, PITRE &McCARTHY, LLP

/s/ Hannah K. Brown
Gary A. Praglin, Esq.
Kelly W. Weil, Esq.
Hannah K. Brown, Esq.
*Attorneys for Plaintiffs*

Dated: February 13, 2024          LAW OFFICES OF GREGORY J. HOUT

/s/ Gregory J. Hout
Gregory J. Hout, Esq.
*Attorney for Plaintiffs*

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41;
LEAD CASE NO. 5:22-cv-01866-FLA-SHK**

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jordan L. Kellogg, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 13, 2024                    /s/ *Jordan L. Kellogg*
                                            Jordan L. Kellogg