# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE A. BLEVINSALICIA FOX, et al.<br><br>PLAINTIFF(S)<br>v.<br>SYNAGRO TECHNOLOGIES, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>5:22−cv−01866−FLA−SHK<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 05/09/2024 | 240 | REQUEST TO SUBSTITUTE ATTORNEY |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: 05/15/2024

By: _____
United States District Judge