# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE A. BLEVINS, ET AL.,<br><br>Plaintiff(s)<br>v.<br>SYNAGRO TECHNOLOGIES, INC., ET AL<br><br>Defendant(s) | CASE NUMBER<br><br>Case No. 5:22-cv-01866-FLA-SHK<br><br>(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY (252) |

☒ The Court hereby orders that the request of:

Synagro Technologies, Inc.    ☐ Plaintiff   ☒ Defendant   ☐ Other
*Name of Party*

☒ to substitute   Madeline J. Suchard   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

401 Wilshire Boulevard, Suite 850
*Street Address*

Santa Monica, CA 90401    msuchard@cozen.com
*City, State, Zip*    *E-Mail Address*

310-393-4000    310-394-4700    328662
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of   Brian M. Ledger and Christopher T. Johnson
*List **all** attorneys from same firm or agency who are withdrawing.*

Gordon Rees Scully Mansukhani, LLP, 101 W. Broadway, Ste 2000, San Diego, CA 92101

**is hereby** ☒ **GRANTED**   ☐ **DENIED**

☐ The Court hereby orders that the request of   Brian M. Ledger and Christopher T. Johnson
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for   Synagro Technologies, Inc., Synagro-WWT, Inc. and Nursery Products

**is hereby** ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated   May 23, 2024

*U. S. District Judge*/~~U.S. Magistrate Judge~~

G-01 ORDER (02/24)    (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY