1  Madeline J. Suchard (SBN 328662)
   msuchard@cozen.com
2  COZEN O'CONNOR
   401 Wilshire Boulevard, Suite 850
3  Santa Monica, CA 90401
   Telephone: 310.393.4000
4  Facsimile: 310.394.4700

5  Attorney for Defendants SYNAGRO
   TECHNOLOGIES, INC.; SYNAGRO-
6  WWT, INC.; and NURSERY PRODUCTS,
   LLC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NURSERY PRODUCTS LITIGATION<br><br>This Document Relates To: All Actions | Lead Case No.: 5:22-cv-01866-FLA-SHKx<br><br>[Assigned to the Hon. Fernando L. Aenlle-Rocha; Magistrate Judge: Hon. Shashi H. Kewalramani]<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS SYNAGRO TECHNOLOGIES, INC.; SYNAGRO-WWT, INC.; AND NURSERY PRODUCTS, LLC'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT; DECLARATION OF MADELINE J. SUCHARD [DKT. #260]**<br><br>Date:       February 7, 2025<br>Time:       1:30 p.m.<br>Courtroom:  6B<br><br>SAC Filed:   October 15, 2024<br>Trial Date:  None Set |

Pursuant to Federal Rule of Evidence 201, Defendants SYNAGRO TECHNOLOGIES, INC., SYNAGRO-WWT, INC., and NURSERY PRODUCTS, LLC (collectively, "Defendants") respectfully request that this Court take judicial notice of the following exhibits attached hereto in support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint:

1. SWIS Facility/Site Summary for the Nursery Products Hawes Composting Facility (36-AA-0445) (the "Site Summary"). A true and correct copy of the Site Summary is attached to the Declaration of Madeline J. Suchard filed concurrently herewith as **Exhibit A**.

2. Application for Solid Waste Facility Permit and Waste Discharge Requirements for the Nursery Products Hawes Composting Facility, filed on March 22, 2023 (the "Application"). A true and correct copy of the Application is attached to the Declaration of Madeline J. Suchard filed concurrently herewith as **Exhibit B**.

3. Order Granting In Part and Denying In Part Defendants' Motion to Dismiss First Amended Complaint [Dkt. 256] (the "Order on Motion to Dismiss First Amended Complaint"). A true and correct copy of the Order on Motion to Dismiss First Amended Complaint is attached to the Declaration of Madeline J. Suchard filed concurrently herewith as **Exhibit C**.

Pursuant to Federal Rule of Evidence 201(b), a court may take judicial notice of a "fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b). The court must take judicial notice of a fact that is not subject to reasonable dispute if requested by a party and supplied with the necessary information. *See* FED. R. EVID. 201(c)(2).

It is well-settled that, pursuant to Rule 201(b), the court may properly take judicial notice of "'public records and government documents available from reliable sources on the Internet,' such as websites run by governmental agencies." *Gerritsen*

*v. Warner Bros. Entm't*, 112 F. Supp. 3d 1011, 1033 (C.D. Cal. 2015) (citations omitted). *See, e.g.*, *De Anda v. Ford Motor Co., Inc.*, 668 F. Supp. 3d 976, 983 (C.D. Cal. 2023) (taking judicial notice of documents publicly available on California Air Resources Board website); *Paralyzed Veterans of Am. v. McPhearson*, No. C06-4670, 2008 WL 4183981, at *5 (N.D. Cal. Sept. 8, 2008) ("It is not uncommon for courts to take judicial notice of factual information found on the world wide web.") (citations omitted).

Here, the Site Summary attached hereto as Exhibit A is a true and correct printout of the information publicly available on the California Department of Resources Recycling and Recovery's ("CalRecycle") webpage for the Nursery Products Hawes Composting Facility (the "Facility"), which can be accessed at https://www2.calrecycle.ca.gov/SolidWaste/Site/Summary/4630. The Application attached hereto as Exhibit B is a true and correct copy of a document publicly available under the "Recent Documents" tab of CalRecycle's webpage for the Facility.

Because the CalRecycle webpage for the Facility is a publicly available government website, the information available therein is not subject to reasonable dispute. *See Daniels-Hall v. National Educ. Ass'n*, 629 F.3d 992, 998-9 (9th Cir. 2010) (appropriate to take judicial of information on school district websites). Accordingly, it would be proper for this Court to take judicial notice of the Site Summary and the Application, which are attached to the concurrently filed declaration of Madeline J. Suchard as **Exhibits A-B**.

Additionally, and pursuant to Federal Rule of Evidence 201, the Court may take judicial notice of its own records. *See, e.g.*, *Kelly v. Johnston*, 111 F.2d 613, 614-15 (9th Cir. 1940) ("The court could and did take judicial notice of its own records."); *United States v. Brugnara*, 856 F.3d 1198, 1209 (9th Cir. 2017) (noting that district court may properly take judicial notice of the court's own records). Accordingly, it would be proper for the Court to take judicial notice of the Order on Motion to Dismiss

1  First Amended Complaint, which is part of the Court's record in the instant action and
2  is attached to the concurrently filed declaration of Madeline J. Suchard as **Exhibit C**.

Dated:     November 19, 2024           Respectfully submitted,

COZEN O'CONNOR

By: */s/ Madeline J. Suchard*
Madeline J. Suchard
Attorney for Defendants
SYNAGRO TECHNOLOGIES, INC.;
SYNAGRO-WWT, INC.; AND
NURSERY PRODUCTS, LLC

# DECLARATION OF MADELINE J. SUCHARD

1. I am an attorney duly licensed to practice in the State of California and in the United States District Court, Central District of California. I am an associate of Cozen O'Connor, attorneys of record for Defendants Synagro Technologies, Inc., Synagro-WWT, Inc., and Nursery Products, LLC (collectively, "Defendants").

2. I make this declaration in support of the Request for Judicial Notice in Support of Defendants' Motion to Dismiss Second Amended Complaint (the "Request for Judicial Notice"). I have personal knowledge of the matters stated below or base my knowledge on my review of the case file. As to those matters stated on information and belief, I believe them to be true. If called as a witness, I could and would testify competently thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of the SWIS Facility/Site Summary for the Nursery Products Hawes Composting Facility (36-AA-0445), https://www2.calrecycle.ca.gov/SolidWaste/Site/Summary/4630, which copy I accessed on November 12, 2024.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Application for Solid Waste Facility Permit and Waste Discharge Requirements for the Nursery Products Hawes Composting Facility, filed March 22, 2023, which copy I obtained from the CalRecycle website on November 12, 2024.

5. On September 24, 2024, my office was electronically served with a copy of the Court's Order Granting In Part and Denying In Part Defendants' Motion to Dismiss First Amended Complaint [Dkt. 256] (the "Order on Motion to Dismiss First Amended Complaint"). A true and correct copy of the Order on Motion to Dismiss is attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

Executed on November 19, 2024 at Santa Monica, California.

*/s/ Madeline J. Suchard*
Madeline J. Suchard