UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NURSERY PRODUCTS LITIGATION<br><br>This Document Relates To: All Actions | Lead Case No. 5:22-cv-01866-FLA (SPx)<br><br>**ORDER TO SHOW CAUSE RE: UNRESPONSIVE PLAINTIFFS** |

1

On May 15, 2026, the court ordered Defendants to lodge a proposed Order to Show Cause by June 5, 2026, requiring the parties to address why Plaintiffs who, to date, have failed to participate in the prosecution of this action and to respond to Defendants' Amended Interrogatories served on or about October 9, 2024, should not be dismissed from this action. *See* Dkt. 697. On June 4, 2026, Defendants lodged their proposed order. On June 5, 2026, Plaintiffs filed objections to Defendants' proposed order. Dkt. 698.

The court, having considered Defendants' proposed submission and Plaintiffs' objections thereto, and finding good cause therefor, hereby ORDERS as follows:

1. <u>Identification of Unresponsive Plaintiffs</u>: Within fourteen (14) days of entry of this Order, Defendants shall file and serve a verified identification of each Plaintiff who has not responded to Defendants' Amended Interrogatories served on or about October 9, 2024, and who otherwise has not participated in the prosecution of this action.

2. <u>Response Showing Cause</u>: Within twenty-eight (28) days of entry of this Order, Plaintiffs are ORDERED to show cause, in writing, why the claims of each identified unresponsive Plaintiff should not be dismissed for lack of prosecution. *See* Fed. R. Civ. P. 41(b) (the court may dismiss an action or claim for failure to prosecute). To the extent Plaintiffs contend dismissal is unwarranted as to any such Plaintiff, the response shall set forth specific facts demonstrating good cause for each such Plaintiff's failure to respond.

3. <u>Verified Discovery Responses</u>: Within fourteen (14) days of entry of this Order, Plaintiffs shall serve verified responses to Defendants' Amended Interrogatories on behalf of each Plaintiff identified in Paragraph 1.

4. <u>Defendants' Response</u>: Within fourteen (14) days after Plaintiffs file their response to this Order, Defendants shall file a response that:

   a. Identifies any Plaintiff who remains unresponsive or whose identification was omitted from Plaintiffs' submission; and

    b.  Addresses why the claims of such Plaintiff(s) should be dismissed, with or without prejudice, pursuant to Fed. R. Civ. P. 41(b), the Federal Rules of Civil Procedure governing discovery obligations, and the court's inherent authority.

5. <u>Failure to Comply</u>:  Failure to comply with this Order shall result in dismissal of the claims of any noncompliant, unresponsive Plaintiff or denial of Defendants' requested relief without further notice.

IT IS SO ORDERED.

Dated: June 10, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

3